■ The People of the State of New York, Respondent, v Derrick Jenkins, Appellant.—Judgment, Supreme Court, New York County (Albert Williams, J.), rendered on June 27, 1986, unanimously reversed, on the law, and the matter remanded for a new trial. *(See, People v Owens,* 69 NY2d 585.) No opinion. Concur—Murphy, P. J., Ross, Carro, Kassal and Ellerin, JJ.

■ In the Matter of Rose Sakow, as Executrix of Max Sakow, Deceased. Evelyn Breslaw et al., Respondents. Walter Sakow et al., Appellants.—Order, Surrogate's Court, Bronx County (Stanley Ostrau, S.), entered on or about November 16, 1987, unanimously affirmed for the reasons stated by Stanley Ostrau, S. Objectants respondents-respondents shall recover of appellants one bill of $75 costs and disbursements of this appeal. Concur—Murphy, P. J., Ross, Carro, Kassal and Ellerin, JJ. *[See,* 137 Misc 2d 548.]